■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN VEGA, Appellant.—Judgment of the Supreme Court, Kings County (Vinik, J.), rendered March 9, 1984, affirmed

*(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816). Mollen, P. J., Gibbons, Brown, Niehoff and Eiber, JJ., concur.